1 JOSHUA E. KIRSCH (179110)
JOSHUA A. SOUTHWICK (246296)
2 GIBSON ROBB & LINDH LLP
201 Mission Street, Suite 2700
3 San Francisco, California 94105
Telephone: (415) 348-6000
4 Facsimile: (415) 348-6001
Email: jkirsch@gibsonrobb.com
5 jsouthwick@gibsonrobb.com

6 Attorneys for Plaintiff
ZURICH AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, a corporation;<br><br>Plaintiff,<br><br>v.<br><br>MEDITERRANEAN SHIPPING COMPANY (MAURITIUS) LIMITED, a foreign corporation; MEDITERRANEAN SHIPPING COMPANY S.A. GENEVA, a foreign corporation, d.b.a. MSC S.A.-GENEVA; MEDITERRANEAN SHIPPING COMPANY (USA) INC., a corporation,<br><br>Defendants. | Case No. 3:11-CV-04317(EDL)<br><br>**JOINT REPORT RE: SERVICE ON NON-APPEARING PARTIES AND [PROPOSED] ORDER** |

Pursuant to this Court's Order following the December 13, 2011 scheduling conference[1], the parties submit this Joint Report re Service on Non-Appearing Parties MEDITERRANEAN SHIPPING COMPANY (MAURITIUS) LIMITED and MEDITERRANEAN SHIPPING COMPANY S.A. GENEVA, d.b.a. MSC S.A.-GENEVA; MEDITERRANEAN SHIPPING.

Counsel for appearing defendant MEDITERRANEAN SHIPPING COMPANY (USA) INC., has made contact with the non-appearing defendants, and requested that his firm be

---

[1] The Court's minute Order of December 13 reflects that the status report was to concern "amending the complaint." However, the parties recall that the Court's oral instruction was regarding service of the non-appearing defendants, and that the December 13 minute order's discussion of amendment of pleading is errata.

JOINT STATUS REPORT RE SERVICE
Case no. 3:11-CV-04317(EDL); Our File No. 5474.99

1  allowed to accept service on their behalf.  He expects that permission will be granted.  However,
2  due to the intervening holidays, he has not been authorized to accept service at this time.
3      Accordingly, the parties propose that they make a further joint report on or before January
4  10, 2012,  in the hope that with the holidays over, defense counsel will be authorized to accept
5  service on behalf of both non-appearing defendants.

6
7                                  Respectfully submitted,
8  Dated: December 27, 2011         GIBSON ROBB & LINDH LLP
9
10                                  /S/ JOSHUA A. SOUTHWICK
                                    Joshua A. Southwick
11                                  Attorneys for Plaintiff
                                    ZURICH AMERICAN INSURANCE
12                                  COMPANY

13 Dated: December 27, 2011         KEESAL YOUNG & LOGAN
14
15                                  /S/ JOHN D. GIFFIN
                                    John D. Giffin
                                    Attorneys for Defendant
16                                  MEDITERRANEAN SHIPPING
                                    COMPANY (USA) INC.
17

18      Joshua A. Southwick attests that concurrence in the filing of this document has been
19  obtained from each of the other signatories identified herein.
20
21      PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFORE,
22  IT IS SO ORDERED.
23
24  Dated: December 30, 2011
                                    Magistrate Judge Elizabeth D. Laporte
25
26
27
28