UNITED STATES DISTRICT COURT

Northern District of California

ZURICH AMERICAN INSURANCE COMPANY,
        Plaintiff,

v.

MEDITERRANEAN SHIPPING COMPANY (MAURITIUS) LIMITED, et al.,
        Defendants.
_____/

No. C 11-4317 EDL

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:      February 21, 2012
Mediator:  Catherine Yanni

    IT IS HEREBY ORDERED that the request to excuse defendant Mediterranean Shipping Company (Mauritius) Limited's corporate representative from appearing in person at the February 21, 2012, mediation before Cathy Yanni is GRANTED. The representative shall participate telephonically in the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

February 14, 2012         By: _____
Dated                               Donna Ryu
                                       United States Magistrate Judge

*IT IS SO ORDERED. Judge Donna Ryu*